1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11
12
PETR TRUNOV,

Plaintiff,
13

v.
14
ANDRE E. RUSANOFF and AT COST
15
FLIGHTS CORP.,
16
Defendant.
17

Case No. 12-cv-04149 NC

**ORDER OF CONDITIONAL DISMISSAL**

Re: Dkt. No. 25

18          The Court having been notified of the settlement of this action, and it appearing that
19   no issue remains for the Court's determination,
20          IT IS HEREBY ORDERED THAT this action and all claims asserted herein are
21   DISMISSED with prejudice.  In the event that the settlement is not reached, any party may
22   move to reopen the case and the trial will be rescheduled, provided that such motion is filed
23   within 90 days of this order.  All scheduled dates, including the trial and pretrial dates, are
24   VACATED.
25           IT IS SO ORDERED.
26          Date: February 25, 2013

Nathanael M. Cousins
United States Magistrate Judge
27
28