LVOVICH, VOLCHEGURSKY & SZUCSKO, LLP
MILLA L. LVOVICH (SBN 225589)
ALEXANDER VOLCHEGURSKY (SBN 209172)
425 California Street, Suite 550
San Francisco, CA 94104
Telephone No.: 415-392-2560
Facsimile No.: 415-391-4060

THE LAW FIRM OF EKATERINA MOURATOVA, PLLC
EKATERINA MOURATOVA (*Pro Hac Vice Pending*)
154 Grand Street
New York, NY 10013
Telephone No.: 212-203-2406
Facsimile No.: 212-279-9743

Attorneys for Plaintiff PETR TRUNOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETR TRUNOV, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE E. RUSANOFF, an individual; AT COST FLIGHTS CORP., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  C 12-04149 NC<br><br>**STIPULATION [PROPOSED] ORDER DISMISSING THE LAWSUIT** |

The parties hereto, through their counsel, stipulate as follows:

1. This case has been settled and that all issues and controversies have been resolved to their mutual satisfaction, and the parties hereby request that the lawsuit be dismissed, except specified below.

3. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through February 28, 2014.

DATED: February 28, 2013

_____
ALEXANDER VOLCHEGURSKY, ESQ.

DATED: February 15, 2013

_____
STEVEN FINLEY, ESQ.

### [PROPOSED] ORDER

Based on the parties stipulation, set for the above IT IS HEREBY ORDERED:

1. The parties shall comply with the terms of the Agreement, a copy of which is attached hereto as <u>Exhibit A</u> and incorporated by reference as if fully set forth..

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Agreement through February 28, 2014.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

March 1, 2013

_____
Nathanael␣
Judge Nathanael M. Cousins

*IT IS SO ORDERED* — Judge Nathanael M. Cousins, United States District Court, Northern District of California